**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES M. SINGER, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-12-0527 |
| v. | (JUDGE CAPUTO) |
| BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, STATE BOARD OF PSYCHOLOGY, *et al.*, | |
| Defendants. | |

## **ORDER**

**NOW**, this 20th day of November, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 8) is **GRANTED**, and the Complaint is **DISMISSED**.

                                                   /s/ A. Richard Caputo
                                                   A. Richard Caputo
                                                   United States District Judge